UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
BOWLING GREEN DIVISION
CIVIL ACTION NO. _1:10cv178-M_

LARRY BLOYD                                                    PLAINTIFF

v.                          **NOTICE OF REMOVAL**

UPSTREAM II, LLC and
INTELENET GLOBAL PHILIPPINES, INC.                    DEFENDANTS

**\*\*\*\*   \*\*\*\*\*   \*\*\*\***

Defendants, Upstream II, LLC, currently known as Intelenet America, LLC ("Intelenet America"), and Intelenet Global Philippines, Inc. ("Intelenet Global;" collectively "Defendants"), by counsel, hereby give notice of the removal of this civil action from Green Circuit Court, Division Two, Greensburg, Kentucky, to the United States District Court for the Western District of Kentucky, Bowling Green Division, pursuant to 28 U.S.C. § 1441 *et seq.* The grounds for removal are as follows:

1.      On January 20, 2010, Plaintiff, Larry Bloyd ("Plaintiff" or "Bloyd"), filed a civil action captioned *Larry Bloyd v. Upstream II, LLC and Intelenet Global Philippines, Inc.,* Civil Action No. 10-CI-00006 (the "State Court Action"), against Upstream II, LLC and Intelenet Global Philippines, Inc., in Green Circuit Court, Greensburg, Kentucky. The Complaint asserted disability discrimination claims under the Kentucky Civil Rights Act, Chapter 344, and wrongful discharge.

2.      The Complaint was not served on either of the Defendants until, by Agreed Order of the Green Circuit court, copies of the Civil Summons and Complaint were deemed served on Defendants on December 8, 2010. Copies of such materials are

attached hereto as Exhibit A and constitute all of the papers served on Defendants in this matter.  Plaintiff's Complaint was the initial pleading setting forth the claims for relief upon which this civil action is based.

3.     Upon information and belief, at the time this action was filed, and at all times since, the only Plaintiff in this action, Larry Bloyd ("Plaintiff"), was and is a resident of the Commonwealth of Kentucky.  (Complaint, ¶1).

4.     Intelenet America is and at all relevant times has been, a limited liability company incorporated in Pennsylvania with its principal place of business located in Fargo, North Dakota.  Intelenet Global is a foreign corporation domiciled in, and a citizen of, the Philippines.

5.     Upon information and belief, the damages claimed in the Complaint including, but not limited to, past and future lost wages, compensatory damages for emotional distress mental anguish, humiliation, embarrassment, and statutory attorneys' fees assert an amount in controversy, exclusive of interest and costs, exceed the sum of $75,000.00, which is the threshold amount in controversy for purposes of diversity jurisdiction.

6.     Accordingly, this Court would have original jurisdiction of this matter, pursuant to 28 U.S.C. §1332(a)(2), had this civil action been instituted in this forum. Thus, removal is appropriate under 28 U.S.C. §1441(a) and (b).

7.     This Notice of Removal is being filed within thirty days of the service of the Complaint upon Defendants, in accordance with the provisions of 28 U.S.C. § 1446(b).

8.     The State Court Action was commenced within the geographical boundaries of the United States District Court for the Western District of Kentucky, Bowling Green Division.

9.     True and correct copies of all process, pleadings and orders served and filed in the State Court Action as of the filing of this Notice of Removal are attached hereto as Exhibit A.

10.     True and correct copies of this Notice of Removal with accompanying Exhibits and separate Notice of Filing of Notice of Removal will be served upon Plaintiff's counsel and filed with the Clerk of the Green Circuit Court, Greensburg, Kentucky in accordance with the provisions of 28 U.S.C. § 1446(d).

11.     In filing this Notice of Removal, Defendants do not waive any defenses available in this action.

12.     This Notice of Removal has been verified by Philip C. Eschels, counsel for Defendants herein, pursuant to 28 U.S.C. § 1446(a) and Rule 11 of the FEDERAL RULES OF CIVIL PROCEDURE.

WHEREFORE, Defendants respectfully give Notice of Removal from the Green Circuit Court of Green County, Louisville, Kentucky to this Court in accordance with the foregoing statutory provisions.

Respectfully submitted,


/s/ Philip C. Eschels
Philip C. Eschels
Benjamin J. Lewis
GREENEBAUM DOLL & MCDONALD PLLC
3500 National City Tower
101 South Fifth Street
Louisville, Kentucky  40202
Phone:  (502) 589-4200
Facsimile:  (505) 587-3695
E-mail:  pce@gdm.com
E-mail:  bjl@gdm.com

COUNSEL FOR DEFENDANTS


## CERTIFICATE OF SERVICE

On December 8, 2010, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the following:

Bryan Cassis
1800 Kentucky Home Life Building
239 S. Fifth St.
Louisville, Kentucky 40202
(502) 736-8100 (office)
(502) 736-8106 (fax)
(502) 609-6788 (cell)
bryan@cassislaw.com
COUNSEL FOR PLAINTIFF


/s/ Philip C. Eschels
COUNSEL FOR DEFENDANTS


4178825.1