UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
BOWLING GREEN DIVISION
CIVIL ACTION NO. 1:10-CV-178-M

LARRY BLOYD                                                         PLAINTIFF

v.                                    **ORDER**

UPSTREAM II, LLC and
INTELENET GLOBAL PHILIPPINES INC.                   DEFENDANTS

**** ***** ****

This matter having come before this Court upon the Motion for Summary Judgment filed by Defendant Intelenet Global Philippines Inc. ("Intelenet Global"), and the Court having considered the Motion, any response thereto, argument of counsel and being otherwise sufficiently advised;

**IT IS HEREBY ORDERED** that Defendant Intelenet Global's Motion for Summary Judgment is GRANTED and Plaintiff's claims against Intelenet Global are hereby dismissed, with prejudice.

Copies to:  Counsel of record