UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
BOWLING GREEN DIVISION

**CIVIL ACTION NUMBER: 1:10CV-178-M**

**LARRY BLOYD**                                                                                                                     **PLAINTIFF**

**v.**

**UPSTREAM II, LLC, ET AL.**                                                                **DEFENDANT**

## ORDER

      The Court, having been advised by counsel that settlement has been reached on all matters in this case, **ORDERS** that this action be, and the same hereby is, **DISMISSED WITHOUT PREJUDICE** and **STRICKEN** from the **ACTIVE DOCKET**.

      The parties shall tender an agreed order dismissing this case with prejudice within forty-five (45) days of entry of this Order.  The Court will entertain a motion to redocket this action upon application to this Court within forty-five (45) days from entry of this Order if the settlement is not consummated.

Copies to:   Counsel of record